**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

                                                   Case No.: 17-16723-AJC
                                                   Chapter 13

**ROWENA JEWEL,**

    Debtor.
_____/

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM 3-1**

       **BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF BUNGALOW SERIES F TRUST** ("Secured Creditor") by and through undersigned counsel, hereby files its Notice of Withdrawal of Proof of Claim #3-1 (the "Claim") filed on September 28, 2017, as said Claim was inadvertently filed in this instant case. The Claim was subsequently correctly filed in bankruptcy case *In re: Renea Denise Thomas, Case No. 17-16560-EPK*.

**Dated: July 26, 2018.**

                                                Respectfully submitted,

                                                **BERGER FIRM P.A.**
                                                *Attorneys for Secured Creditor*
                                                3050 Biscayne Blvd. - Suite 402
                                                Miami, Florida 33137
                                                Telephone: (305) 501.2808
                                                Facsimile: (954) 780.5578

                                                By:    /s/ Chase A. Berger
                                                         Chase A. Berger, Esq.
                                                        Florida Bar No. 083794
                                                        Email: chase@bergerfirm.com

*CASE NO.: 17-19326-JKO*

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By: /s/ Chase A. Berger
Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 24, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Rowena Jewel**
20421 N.W. 10th Avenue
Miami, FL 33169

*James A Poe*
9500 S. Dadeland Blvd., #610
Miami, FL 33156

*Trustee*
**Nancy K. Neidich**
P.O. Box 279806
Miramar, FL 33027

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue - Suite 1204
Miami, FL 33130

By: /s/ Chase A. Berger
Chase A. Berger, Esq.